IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | |
|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and WEST BEND MUTUAL INSURANCE COMPANY<br><br>Plaintiffs,<br><br>vs.<br><br>MW BUILDERS, INC.,<br><br>Defendant. | CASE NO.:   4:21-cv-54<br><br>POLK COUNTY CASE NO. LACL149607<br><br>**NOTICE OF REMOVAL** |

COMES NOW Defendant, MW Builders, Inc. ("MW Builders"), a Texas corporation with its principal place of business in Pflugerville, Texas, by and through its undersigned counsel, and hereby provides notice pursuant to 28 U.S.C. § 1446 of the removal of the above-captioned case from the Iowa District Court for Polk County to the United States District Court for the Southern District of Iowa. The grounds for removal are as follows:

1. Plaintiffs, American Family Mutual Insurance Company and West Bend Mutual Insurance Company, commenced this action by filing suit in the District Court of Polk County, Iowa, No. LACL149607, on January 13, 2021.

2. Plaintiff's counsel provided a copy of the Summons and Complaint to the Defendant on January 21, 2021. True and correct copies of the Summons and Complaint are attached hereto as Exhibit A.

3. There are no other Defendants to this action, so no additional consent is required for the removal of this case to Federal Court.

4. Removal is timely pursuant to 28 U.S.C. § 1446(b)(3), in that this Notice is being filed within thirty (30) days after the Defendant was served.

5. Concurrent with the filing of this Notice, Defendant is serving this Notice on Plaintiffs and filing a copy of the Notice with the Clerk of the Iowa District Court for Polk County. A true and correct copy of the Notice with the Clerk of the Iowa District Court for Polk County is attached hereto as Exhibit B.

6. As this case is currently pending in the Iowa District Court for Polk County, which is located in the Southern District of Iowa, venue is proper, and it may be removed to the United States District Court for the Southern District of Iowa.

## DIVERSITY OF CITIZENSHIP

7. The Court has original jurisdiction over this action pursuant to 28 U.S.C. § 1332. Diversity jurisdiction exists where (1) the amount in controversy exceeds $75,000.00, exclusive of interests and costs; and (2) the suit is between citizens of different states. *Lincoln Property Co. v. Roche*, 546 U.S. 81, 89 (2005).

8. At all relevant times hereto, as alleged in the Complaint, Plaintiffs were corporations duly licensed to sell insurance and conduct business in the State of Iowa. Petition at ¶¶ 1, 3.

9. Upon information and belief, Plaintiff, American Family Mutual Insurance Company, is a Wisconsin-domiciled stock fire and casualty insurance company with its principal place of business at 6000 American Parkway, Madison, Wisconsin 53783.

10. Upon information and belief, Plaintiff, West Bend Mutual Insurance Company, is a Wisconsin-domiciled mutual fire and casualty insurance company with its principal place of business at 1900 South 18th Avenue, West Bend, Wisconsin 53095.

11. Defendant, MW Builders, is a Texas corporation with its principal place of business in Pflugerville, Texas.

12. Accordingly, complete diversity exists in this action.

## AMOUNT IN CONTROVERSY

13. The amount in controversy requirement of 28 U.S.C. § 1332 is also satisfied. Under 28 U.S.C. § 1332(a), the amount in controversy in a case where federal jurisdiction is based on diversity of citizenship must exceed $75,000, exclusive of interest and costs. *OnePoint Solutions, LLC v. Bochert*, 486 F.3d 342, 346 (8th Cir. 2007).

14. In the state court Petition, Plaintiffs seeks damages for alleged breach of contract and negligence by Defendant and asserts damages in the amount which would indemnity Plaintiffs for satisfaction of claims it paid their insured in the amount of $238,630.59, which Plaintiffs allege were the result of Defendant's breach of contract and negligence.

15. Based on Plaintiffs' allegations respecting damages, the amount in controversy is greater than $75,000, exclusive of interest and costs.

16. Because both requirements for federal diversity jurisdiction are satisfied, this case is removable to this Court by Defendant.

WHEREFORE, Defendant, MW Builders, Inc., gives notice that the above-captioned action is removed from the District Court for Polk County, Iowa to this Honorable Court.

Dated this 19th day of February, 2021.

HEIDMAN LAW FIRM, P.L.L.C.

BY: _____
PATRICK L. SEALEY, AT0007085
1128 Historic Fourth Street
P.O. Box 3086
Sioux City, Iowa 51102
Telephone: (712) 255-8838
Facsimile: (712) 258-6714
E-mail: Patrick.Sealey@heidmanlaw.com

ATTORNEYS FOR DEFENDANT

### CERTIFICATE OF SERVICE

I certify that on February 19th, 2021, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF system, which will send notification of such filing to all parties. Parties may access this filing through the Court's system.

Michelle D. Hurley
Yost & Baill, LLP
2050 U.S. Bank Plaza South
220 South Sixth Street Minneapolis, MN 55402
Phone: 612.338.6000
Fax: 612.344.1689
Email: mhurley@yostbaill.com

ATTORNEYS FOR PLAINTIFFS

/s/ Patrick L. Sealey