## IN THE DISTRICT COURT OF IOWA IN AND FOR POLK COUNTY

| | |
|---|---|
| American Family Mutual Insurance Company and West Bend Mutual Insurance Company, <br><br> Plaintiffs, <br><br> vs. <br><br> MW Builders, Inc., <br><br> Defendant. | Court File No.: <br><br><br> **ORIGINAL NOTICE** |

**TO THE ABOVE-NAMED DEFENDANT:**

You are notified that a Petition has been filed in the office of the Clerk of this Court, naming you as the Defendant in this action. A copy of the Petition (and any documents filed with it) is attached to this notice. The attorney for the Plaintiff is: Michelle D. Hurley, Yost & Baill, LLP, whose address is: 220 South Sixth Street, Suite 2050, Minneapolis, MN 55402. The attorney's telephone number is: (612) 338-6000; and facsimile number is: (6120 344-1689.

· You must serve a motion or answer within 20 days after service of this Original Notice upon you and, within a reasonable time thereafter, file your motion or answer with the Clerk of Court for Polk County, at the county courthouse in Des Moines, Iowa. If you do not, judgment by default may be rendered against you for the relief demanded in the petition.

This case has been filed in a county that utilizes electronic filing. Fore general rules and information on electric filing, refer to Iowa Court Rules Chapter 16 pertaining to the use of the Electronic Document Management System. Refer to Division VI of the Iowa Court Rules Chapter 16 for information pertaining to the protection of personal information in court filings.

If you need assistance to participate in court due to a disability, call the disability coordinator at (641) 421-0990 option #8. Persons who are hearing or speech impaired may call Relay Iowa TTY (800-735-2942). **Disability coordinators cannot provide legal advice.**

**EXHIBIT**

**A**

(SEAL)

CLERK OF COURT
Polk County Courthouse
500 Mulberry St.
Des Moines, IA 50309

## IMPORTANT

## YOU ARE ADVISED TO SEEK LEGAL ADVICE AT ONCE TO PROTECT YOUR INTERESTS

E-FILED 2021 JAN 14 2:22 PM POLK - CLERK OF DISTRICT COURT

# STATE OF IOWA JUDICIARY

*Case No.* LACL149607

*County* Polk

*Case Title* AMERICAN FAMILY MUTUAL INS CO ET AL VS MW BUILDERS

THIS CASE HAS BEEN FILED IN A COUNTY THAT USES ELECTRONIC FILING.
Therefore, unless the attached Petition and Original Notice contains a hearing date for your appearance, or unless you obtain an exemption from the court, you must file your Appearance and Answer electronically.

You must register through the Iowa Judicial Branch website at http://www.iowacourts.state.ia.us/Efile and obtain a log in and password for the purposes of filing and viewing documents on your case and of receiving service and notices from the court.

FOR GENERAL RULES AND INFORMATION ON ELECTRONIC FILING, REFER TO THE IOWA COURT RULES CHAPTER 16 PERTAINING TO THE USE OF THE ELECTRONIC DOCUMENT MANAGEMENT SYSTEM:
http://www.iowacourts.state.ia.us/Efile

FOR COURT RULES ON PROTECTION OF PERSONAL PRIVACY IN COURT FILINGS, REFER TO DIVISION VI OF IOWA COURT RULES CHAPTER 16: http://www.iowacourts.state.ia.us/Efile

*Scheduled Hearing:*

If you require the assistance of auxiliary aids or services to participate in court because of a disability, immediately call your district ADA coordinator at (515) 286-3394 . (If you are hearing impaired, call Relay Iowa TTY at 1-800-735-2942.)

*Date Issued* 01/14/2021 02:22:39 PM



*District Clerk of* Polk              *County*
/s/ Jennifer Ewers

E-FILED 2021 JAN 13 12:47 PM POLK - CLERK OF DISTRICT COURT

## IN THE DISTRICT COURT OF IOWA IN AND FOR POLK COUNTY

| | |
|---|---|
| American Family Mutual Insurance Company and West Bend Mutual Insurance Company,<br><br>     Plaintiffs,<br><br>vs.<br><br>MW Builders, Inc.,<br><br>     Defendant. | Court File No.:<br><br><br>**PETITION AT LAW AND JURY DEMAND** |

COMES NOW the Plaintiffs and for their cause of action states:

1.     At all times material and relevant herein, Plaintiff American Family Mutual Insurance Company ("American Family"), is a corporation duly licensed by the State of Iowa to sell insurance and conduct business in the State of Iowa.

2.     At all times material herein, American Family had in effect a policy of insurance with Village Cooperative of West Des Moines ("Village Coop") which, among other things, provided coverage for a building located at or near 845 S 60th Street West Des Moines, County of Polk, State of Iowa ("the Property").

3.     At all times material and relevant herein, Plaintiff West Bend Mutual Insurance Company ("West Bend"), is a corporation duly licensed by the State of Iowa to sell insurance and conduct business in the State of Iowa.

4.     At all times material herein, West Bend had in effect a policy of insurance with Karen and Ronal Hatfield ("the Hatfields") which, among other things, provided coverage for personal property located at or near 845 S 60th Street, Unit 213, West Des Moines, County of Polk, State of Iowa ("the Unit").

5.     At all times material herein, Defendant MW Builders, Inc. ("MW Builders") was a Texas corporation engaged in the construction business with its principle place of business located at 7801 W. 110th Street, Overland Park, KS, 66210 and a registered agent of Corporation Service Company at 505 5th Avenue, Suite 729, Des Moines, IA, 50309.

### FACTS

6.     That sometime prior to January 2, 2018, MW Builders was hired to construct the Property.

- 1 -

7.     On or about January 2, 2018, January 14, 2018, and December 7, 2018, sprinklers froze and burst allowing water to enter the common areas of the Property and the Unit causing significant damage.

8.     That due to the damages referred to in Paragraph 7 above, Village Coop made claims to American Family pursuant to the terms of its insurance policy with American Family.

9.     American Family was obligated to pay Village Coop the sum of $190,323.84 in satisfaction of its claims pursuant to American Family's policy of insurance with Village Coop and is therefore subrogated to the rights of Village Coop.

10.    That due to the damages referred to in Paragraph 7 above, the Hatfields made claims to West Bend pursuant to the terms of their insurance policy with West Bend.

11.    West Bend was obligated to pay the Hatfields the sum of $ 48,306.75 in satisfaction of its claims pursuant to West Bend's policy of insurance with Village Coop and is therefore subrogated to the rights of Village Coop.

## COUNT ONE-BREACH OF CONTRACT

12.    American Family and West Bend reallege paragraphs 1 through 11, above.

13.    Upon being hired for the construction of the Property, MW Builders held itself out as a professional and competent construction company with all of the requisite skills to properly perform its job, and it expressly and/or impliedly agreed that the project would be performed in a safe and workmanlike manner.

14.    That MW Builders breached its contract with Village Coop by failing to ensure that the Property was constructed in a competent and workmanlike manner.

15.    As a direct and proximate result of MW Builders' breach of contract with Village Coop, American Family and West Bend became obligated to pay to Village Coop and the Hatfields $238,630.59 and is thus entitled to indemnity from MW Builders for said payment.

## COUNT TWO- NEGLIGENCE

16.    American Family and West Bend reallege the allegations set forth in Paragraphs 1 through 15 as set forth above.

17.    Upon accepting the construction job at the Property, MW Builders had a duty to perform said job in a competent and workmanlike manner in accordance with industry standards.

18.     MW Builders breached its duty specified in Paragraph 17 above by negligently failing to safely and properly construct the Property so as to prevent the sprinklers from freezing during cold weather.

15.     As a direct and proximate result of the negligence of MW Builders, American Family and West Bend became obligated to pay to Village Coop and the Hatfields $238,630.59 and is thus entitled to indemnity from MW Builders for said payment.

WHEREFORE, Plaintiffs American Family Mutual Insurance Company and West Bend Mutual Insurance Company, demand judgment against Defendant MW Builders, Inc., for such sums as will fully and fairly compensate it under the law for the damages alleged herein, for interest there as allowed by law and for the costs of this action.

## JURY DEMAND

COMES NOW the Plaintiffs American Family Mutual Insurance Company and West Bend Mutual Insurance Company, and hereby demands a trial by jury of all of the fact issues herein.

YOST & BAILL, LLP

By /s/ Michelle D. Hurley
Michelle D. Hurley (AT0012209)
2050 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
612.338.6000 - telephone
612.344.1689 - facsimile
mhurley@yostbaill.com - email

ATTORNEYS FOR PLAINTIFFS