IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF IOWA

| | | |
|---|---|---|
| AMERICAN FAMILY MUTUAL INSURANCE COMPANY, and WEST BEND MUTUAL INSURANCE COMPANY, | ) ) ) ) | Case No.: 4:21-cv-00054-RGE-SHL |
| Plaintiffs, | ) ) ) | |
| vs. | ) ) | **AMENDED COMPLAINT AND JURY DEMAND** |
| MW BUILDERS, INC., | ) ) ) | |
| Defendant. | ) ) ) | |
| MW BUILDERS, INC., | ) ) ) | |
| Third-Party Plaintiff, | ) ) | |
| vs. | ) ) ) | |
| MASCO CONTRACTOR SERVICES OF IOWA, | ) ) ) ) | |
| Third-Party Defendant. | ) ) | |

COMES NOW the Plaintiffs and for their Amended Complaint against Defendant MW

Builders, Inc.:

## PARTIES AND JURISDICTION

1.  At all times material and relevant herein, Plaintiff American Family Mutual Insurance Company ("American Family"), is a corporation duly licensed by the State of Iowa to sell insurance and conduct business in the State of Iowa.

2.  At all times material herein, American Family had in effect a policy of insurance with Village Cooperative of West Des Moines ("Village Coop") which, among other things, provided coverage for a building located at or near 845 S 60th Street, West Des Moines, County of Polk, State of Iowa ("the Property").

1

3.     At all times material and relevant herein, Plaintiff West Bend Mutual InsuranceCompany ("West Bend"), is a corporation duly licensed by the State of Iowa tosell insurance and conduct business in the State of Iowa.

4.     At all times material herein, West Bend had in effect a policy of insurance with Karen and Ronal Hatfield ("the Hatfields") which, among other things, provided coverage for personal property located at or near 845 S 60th Street, Unit 213, West Des Moines, County of Polk, State of Iowa ("the Unit").

5.     At all times material herein, Defendant MW Builders, Inc. ("MW Builders") was a Texas corporation engaged in the construction business with its home office located at 7801 W. 110th Street, Overland Park, KS, 66210 and a registered agent of Corporation Service Company at 505 5th Avenue, Suite 729, Des Moines, IA, 50309.

6.     Jurisdiction is founded upon diversity of citizenship pursuant to 28 U.S.C. § 1332.

7.     Venue is proper within this jurisdiction pursuant to 28 U.S.C. § 1391(b) (2) because the incident occurred in Polk County, Iowa.

## FACTS

8.     That sometime prior to January 2, 2018, MW Builders was hired to construct the Property.

9.     On or about January 2, 2018; January 14, 2018; December 7, 2018; and February 17, 2021 sprinklers froze and burst allowing water to enter the common areas of the Property and the Unit causing significant damage.

10.    That due to the damages referred to in Paragraph 9 above, Village Coop made claims to American Family pursuant to the terms of its insurance policy with American Family.

11.    American Family was obligated to pay Village Coop the sum of $310,715.21 in satisfaction of its claims pursuant to American Family's policy of insurance with Village Coop and is therefore subrogated to the rights of Village Coop.

12.    That due to the damages referred to in Paragraph 9 above, the Hatfields made claims to West Bend pursuant to the terms of their insurance policy with WestBend.

13.    West Bend was obligated to pay the Hatfields the sum of $ 48,306.75 in satisfaction of its claims pursuant to West Bend's policy of insurance with the Hatfileds and is therefore subrogated to the rights of the Hatfields.

## COUNT ONE-BREACH OF CONTRACT

14.     American Family and West Bend reallege paragraphs 1 through 13, as set forth above.

15.     Upon being hired for the construction of the Property, MW Builders held itself out as a professional and competent construction company with all of the requisite skills to properly perform its job, and it expressly and/or impliedly agreed that the project would be performed in a safe and workmanlike manner.

16.     That MW Builders breached its contract with Village Coop by failing to ensure that the Property was constructed in a competent and workmanlike manner.

17.     As a direct and proximate result of MW Builders' breach of contract with Village Coop, American Family and West Bend became obligated to pay to Village Coop and the Hatfields $359,021.96 and is thus entitled to indemnity from MW Builders for said payment.

## COUNT TWO- NEGLIGENCE

18.     American Family and West Bend reallege the allegations set forth in Paragraphs 1 through 17, as set forth above.

19.     Upon accepting the construction job at the Property, MW Builders had a duty to perform said job in a competent and workmanlike manner in accordance with industry standards.

20.     MW Builders breached its duty specified in Paragraph 19 above by negligently failing to safely and properly construct the Property so as to prevent the sprinklers from freezing during cold weather.

21.     As a direct and proximate result of the negligence of MW Builders, American Family and West Bend became obligated to pay to Village Coop and the Hatfields $359,021.96 and is thus entitled to indemnity from MW Builders for said payment.


WHEREFORE, Plaintiffs American Family Mutual Insurance Company and West Bend Mutual Insurance Company, demand judgment against Defendant MW Builders, Inc., for such sums as will fully and fairly compensate them under the law for the damages alleged herein, for interest there as allowed by law and for the costs of this action.

## JURY DEMAND

COMES NOW the Plaintiffs American Family Mutual Insurance Company and West

Bend Mutual Insurance Company, and hereby demand a trial by jury of all of the fact issues

herein.

**YOST & BAILL, LLP**

By_____/s/ Michelle D. Hurley_____
Michelle D. Hurley (AT0012209)
2050 U.S. Bank Plaza South
220 South Sixth Street
Minneapolis, MN 55402
612.338.6000 - telephone
612.344.1689 - facsimile
mhurley@yostbaill.com - email

*ATTORNEYS FOR PLAINTIFFS*